# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSHA ANN FREDERICK,<br><br>               Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | 4:19CV3081<br><br>**ORDER** |

Plaintiff has filed a Motion for Leave to proceed in forma pauperis (Filing No. 2). Upon review of the motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to proceed in forma pauperis (Filing No. 2) is granted. Plaintiff may proceed in this matter without prepaying fees or costs.

Dated this 13th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge