# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSHA ANN FREDERICK, | |
| Plaintiff, | 4:19CV3081 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | **JUDGMENT** |
| Defendant. | |

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees in the amount of $4,639.80.

Dated this 26th day of February, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge